# United States District Court Violation Notice

CVB Location Code: GM40

Violation Number: 3535007
Officer Name (Print): Sgt Leon
Officer No.: L9220

3535007

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 08/30/2012 1742hrs
Offense Charged ☐ CFR ☐ USC ☒ State Code: 40-5-121

Place of Offense: Robins Air Force Base

Offense Description: Factual Basis for Charge — HAZMAT ☐
Driving while license suspended

**DEFENDANT INFORMATION** Phone: (478) 228-9413

Last Name: Morris
First Name: Sean
M.I.: A

Street Address: 410 Wisconsin Ave

City: Warner Robins
State: Ga
Zip Code: 31093
Date of Birth (mm/dd/yyyy): 5/13/1967

Drivers License No.: 058380380
CDL ☐
D.L. State: Ga
Social Security No.: 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

☒ Adult ☐ Juvenile
Sex ☒ Male ☐ Female
Hair: Bro
Eyes: Bro
Height: 6'0"
Weight: 180

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 1000 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 1025 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Ct of Middle Ga
475 Mulberry St
Macon Ga 31201

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 30 Aug, 20 12 while exercising my duties as a law enforcement officer in the Middle District of Georgia

While on patrol recieved a dispatch to the main gate (Gate 3) in reference to a minor POV to fixed object. I arrived on scene and made contact with the occupants of the white Ford Explorer. The driver provided me with a Ga drivers permit so I then asked for the passengers drivers license (Mr. Morris) and was told he didn't have it on him. I ran his name and date of birth through GCIC and recieved a read back that his DL had been suspended since 2010. During this process I was notified by one of my other officers, Mr. Morris had been witnessed driving on several other occassions. Mr. Morris confirmed the allegations at that time. I then explained I would be issuing a citation based off the information recived and his admittance.

For Further info refer to attached statement.

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident