UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK

PHONE: 478/752-3497
FAX: 478/752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

December 5, 2012

Sean A. Morris
410 Wisconsin Ave
Warner Robins, GA 31093

RE: CVB Violation Notice #3535007

Dear Mr. Morris:

When you appeared in Court on November 19th, there was discussion about appointing you an attorney, and returning to Court on December 17th.

This letter is to advise you that your next court appearance will NOT be until January 28, 2012 at 9:30 a.m.

Again, DO NOT REPORT TO COURT ON THE 17th. Your attorney will contact you, with a new Court date, as soon as one is appointed to represent you.

Sincerely yours,

s/Charlene Lunsford
Courtroom Deputy & Calendar Clerk
for Magistrate Judge Charles H. Weigle