U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004344247
$ 00.45⁰
DEC 06 2012
MAILED FROM ZIP CODE 31201

SEAN A. MORRIS
410 WISCONSIN AVE
WARNER ROBINS GA 31093

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

2012 DEC 28 PM 2:07

CLERK'S OFFICE
RECEIVED

NIXIE 300 7E 1 00 12/12/12
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 31202012828 *1639-12914-06-37

31…128