RECEIVED
CLERK'S OFFICE
2013 JAN 14 AM 9:35
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**UNITED STATES OF AMERICA** :
:
**v.** :
: **Case No. 5:12-MJ-1106**
**SEAN A. MORRIS** :
:

# **ORDER**

Having considered The Motion to Dismiss filed by the United States in the above referenced matter and determining that dismissal of this case with prejudice is in the interest of justice,

IT IS HEREBY ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE.

SO ORDERED AND DIRECTED, this 14th day of January, 2013.

United States District Court ★ Middle District of Georgia ★

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE